IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

STEPHEN CUNNINGHAM,

    Plaintiff,

V.

OHIO PUBLIC EMPLOYEES
RETIREMENT SYSTEM (OPERS)

    Defendant.

CASE NO. C2-12-0466
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE TERENCE P. KEMP

### ORDER

The undersigned hereby RECUSES himself from this case. The Clerk shall use a random draw to assign a new judge to this case.

**IT IS SO ORDERED.**

5-31-2012
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE